UNITED STATES of America,
Plaintiff–Appellee

v.

Mohammad Hussain JAFFRIE, also known as Fakir Mohammad Hussain Jaffrie, Defendant–Appellant.

No. 06–20058.

United States Court of Appeals,
Fifth Circuit.

July 19, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly E. Odom, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JOLLY, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

This appeal presents a fact-intensive suppression issue. Having carefully reviewed the appeal in light of the briefs, oral arguments, and pertinent parts of the record, we conclude that the district court did not clearly err in denying the defendant's motion to suppress.[1]

AFFIRMED.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. *See United States v. Jones,* 234 F.3d 234, 239 (5th Cir.2000); *United States v. Asibor,* 109 F.3d 1023, 1038 (5th Cir.1997).

